

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00645-CV

---

Gabriel Miranda Jr., Deceased, Maria Fuentes, Gabriel Miranda Sr., Alexandria
Suzanne De Leon, Reuben Antonio De Leon III and Jon Hidalgo Doe
v.
Norma Jean Farley

---

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-4899-17-I

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant's, Gabriel Miranda Jr., Deceased, Maria Fuentes, Gabriel Miranda Sr., Alexandria Suzanne De Leon, Reuben Antonio De Leon III and Jon Hidalgo Doe.

We further order this decision certified below for observance.

April 18, 2019